**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Chester Lee BARNES, Jr.,**
**Defendant–Appellant.**

**No. 12–7853.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 8, 2013.

Decided: Feb. 13, 2013.

Chester Lee Barnes, Jr., Appellant Pro Se. Jennifer P. May–Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chester Lee Barnes, Jr., appeals the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp.2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Barnes*, Nos. 5:07–cr–00351–BO–1; 5:12–cv–00052–BO (E.D.N.C. Oct. 19, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*